1  Mia Mazza (CA SBN #184158)
   MECHANICS BANK
2  Office of the General Counsel
   1111 Civic Drive, Suite 390
3  Walnut Creek, CA 94596
   Telephone: (925) 482-8035
4  Facsimile: (925) 627-3274
5  Email: mia_mazza@mechanicsbank.com

6  Attorneys for Defendant Mechanics Bank

7

8
                    UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISCTRICT OF CALIFORNIA
10

11

12 | DELORIS ROBBIE HURTADO, an    ) Case No.:   3:23-cv-5651
     individual,                   )
13                                 )
                                   ) **DEFENDANT MECHANICS BANK'S**
14          Plaintiff              ) **NOTICE OF REMOVAL OF CIVIL**
                                   ) **ACTION**
15   v.                            )
                                   ) [28 U.S.C. § 1441(a); Federal Question]
16   MECHANICS BANK, a California  )
     corporation; and DOES 1 THROUGH )
17   10, inclusive,                )
                                   )
18          Defendant.             )
                                   )
19                                 )

20

21  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

22      PLEASE TAKE NOTICE that Mechanics Bank (hereinafter "defendant") hereby removes

23  to this Court the State Court action described below.

24      1.      On or about August 2, 2023, plaintiff Deloris Robbie Hurtado (hereinafter

25  "plaintiff") commenced an action in the Superior Court of the State of California in and for the

26  County of Contra Costa, entitled *Deloris Hurtado v. Mechanics Bank, et al.,* Case No. C-23-0911.

27  A true and correct copy of the Summons and Complaint is attached hereto as **Exhibit "A**."

28  //

2.       On October 2, 2023, defendant's counsel contacted plaintiff's counsel asking him to email her the documents he had filed in this case, and offering to accept service of those documents on behalf of defendant as of that day.  Plaintiff's counsel emailed the documents the same day, and the parties agreed that the time for defendant to respond would be set at thirty (30) days from October 2, 2023.  In a later email exchange, the parties agreed that the time for defendant to respond would be extended by one additional day, to November 2, 2023.

3.       Defendant is filing this Notice of Removal on November 2, 2023.  Therefore, the notice is timely filed in accordance with the provisions of 28 U.S.C. § 1446(b).

4.       Plaintiff's counsel has informed defendant that plaintiff does not object to the removal of this action.

**JURISDICTION**

5.       This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331.  Therefore, this action is one that may be removed to this Court by defendant pursuant to 28 U.S.C. § 1441(a) on the grounds that it arises under a federal statute (the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, *et seq.*).

**VENUE**

6.       Venue is proper in this Court under 28 U.S.C. §1391(b), because this judicial district is where a substantial part of (1) property that is a subject of the action is situated and (2) the events or omissions giving rise to plaintiff's claims occurred.

**INTRA-DISTRICT ASSIGNMENT**

7.       Pursuant to this Court's Civil Local Rule 3-2(c) and (d), this case should be assigned to the San Francisco/Oakland Division of the Court, because all of the alleged events or omissions giving rise to the Plaintiff's claims occurred within Contra Costa County.

8.       A copy of all process, pleadings and orders served by or upon the removing defendant is attached to this Notice of Removal as required by 28 U.S.C. § 1446(a).

9.       Defendant will promptly serve notice of the filing of this removal notice to all parties of record in the state Court action and to the Clerk of the Contra Costa County Superior Court as required by 28 U.S.C. § 1446(d).

| | | |
|---|---|---|
| 1 | DATED: November 1, 2023 | Respectfully submitted, |
| 2 | | MECHANICS BANK |
| 4 | | By: */s/Mia Mazza* |
| 5 | | Mia A. Mazza |
| 6 | | Office of the General Counsel |
| 7 | | Attorneys for Defendant MECHANICS BANK |

NOTICE OF REMOVAL

3