UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORIS ROBBIE HURTADO,<br>   Plaintiff,<br>  v.<br>MECHANICS BANK,<br>   Defendant. | Case No. 4:23-cv-05651-KAW<br>**ORDER TO SHOW CAUSE TO PLAINTIFF**<br>Re: Dkt. No. 12 |

On August 2, 2023, Plaintiff Deloris Robbie Hurtado filed this Americans with Disabilities Access case in Contra Costa County Superior Court. (Dkt. No. 1-1 at 8.) On November 2, 2023, Defendant Mechanics Bank removed this case to federal court. (Dkt. No. 1.)

Cases asserting a denial of the right of access protected by Titles II or III of the Americans with Disabilities Act are governed by General Order No. 56 (N.D. Cal. 2020). General Order No. 56 seeks to streamline access cases and encourage their efficient resolution by imposing certain requirements, including that the parties conduct a joint site inspection within 60 days after service of the complaint. (General Order No. 56 ¶ 7.)

On November 28, 2023, the parties stipulated to an extension of the December 2, 2023 joint site inspection deadline to March 2, 2024. (Dkt. No. 10.) On December 1, 2023, the Court granted the extension. (Dkt. No. 11.) Nothing else was filed in this case.

On March 10, 2025, the Court issued a joint status report order and ordered the parties to file either a joint status report or dismissal by April 4, 2025. (Dkt. No. 12.) To date, they have not responded.

Given that more than one year has passed since the joint site inspection deadline, Plaintiff is ORDERED TO SHOW CAUSE, by **June 13, 2025**, why this case should not be dismissed for

1 failure to prosecute.  Alternatively, Plaintiff may file a dismissal.

2       IT IS SO ORDERED.

3 Dated: June 6, 2025

4 _____
KANDIS A. WESTMORE
5 United States Magistrate Judge

2