Frederick Chernoff (SBN 342412)
*fred@handslawgroup.com*
Peter Shahriari (SBN 237074)
*peter@handslawgroup.com*
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
15760 Ventura Blvd., Suite 650
Encino, CA 91436
Telephone: (888) 635-2250

Attorneys for Plaintiff,
**DELORIS ROBBIE HURTADO**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORIS ROBBIE HURTADO, an individual<br><br>        Plaintiff,<br><br>    v.<br><br>MECHANICS BANK, a California corporation; and DOES 1 to 10,<br><br>Defendants. | Case No.: 4:23-cv-05651-KAW<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

    Plaintiff Deloris Robbie Hurtado requests that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant Mechanics Bank, from Plaintiff's Complaint, Case Number 4:23-cv-05651-KAW. The parties herein reached settlement of the present action. Each party will be responsible for its own fees and costs.

PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

Dated: June 6, 2025      **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: /s/Anoush Hakimi
    Anoush Hakimi, Esq.
Attorneys for Plaintiff, Deloris Robbie Hurtado

PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS