# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORIS ROBBIE HURTADO, an individual<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MECHANICS BANK, a California corporation; and DOES 1 to 10,<br><br>　　　　　Defendants. | Case No.: 4:23-cv-05651-KAW<br><br>*Hon. Kandace A. Westmore*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: August 2, 2023<br>Trial Date:　Not on Calendar |

1

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Deloris Robbie Hurtado's action against Defendant Mechanics Bank is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: June 9, 2025

Hon. Kandace A. Westmore
United States Magistrate Judge